```
SEQ 000059
Company Code    Loc/Dept    Number    Page
KH / 2OU 26877829   01/     50209     1 of 1
Baltimore Avenue RedevelopmentCorp
3900 Ford Rd
Apt 23F
Philadelphia, PA 19131-2064
```

**Earnings Statement**     ADP

Period Starting: 09/15/2025
Period Ending:   09/28/2025
Pay Date:        09/29/2025

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:   Std W/H Table
  State:     0
  Local:     0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:   0.00 Addnl
  State:
  Local:

**Andri L Council**
37 W Rockland Street
Philadelphia, PA 19144

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 40.00 | 1056.00 | 21120.00 |
| Gross Pay | | | $1,056.00 | $21,120.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 800.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -48.28 | 965.60 |
| Social Security | -65.47 | 1309.44 |
| Medicare | -15.31 | 306.24 |
| Pennsylvania State Income | -32.42 | 648.40 |
| Pennsylvania State UI | -0.73 | 14.78 |
| Phila R Local Income | -39.49 | 791.23 |
| Net Pay | $854.30 | |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $1,056.00

© 1998, 2006. ADP, INC All Rights Reserved.

SEQ 000101

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KH / 2OU 26877829 | 01/ | 50211 | 1 of 1 |

Baltimore Avenue RedevelopmentCorp
3900 Ford Rd
Apt 23F
Philadelphia, PA 19131-2064

**Earnings Statement**    ADP

Period Starting: 09/29/2025
Period Ending: 10/12/2025
Pay Date: 10/10/2025

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 0
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:

Andri L Council
37 W Rockland Street
Philadelphia, PA 19144

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 40.00 | 1056.00 | 22176.00 |
| Gross Pay | | | $1,056.00 | $22,176.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 840.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -48.28 | 1013.88 |
| Social Security | -65.47 | 1374.91 |
| Medicare | -15.31 | 321.55 |
| Pennsylvania State Income | -32.42 | 680.82 |
| Pennsylvania State UI | -0.74 | 15.52 |
| Phila R Local Income | -39.49 | 830.72 |
| **Net Pay** | **$854.29** | |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $1,056.00

© 1998, 2006. ADP, INC All Rights Reserved.
TEAR HERE

```
SEQ 000058
Company Code     Loc/Dept   Number    Page
KH / 2OU 26877829   01/      50213    1 of 1
         Baltimore Avenue RedevelopmentCorp
         3900 Ford Rd
         Apt 23F
         Philadelphia, PA 19131-2064
```

**Earnings Statement**  ADP

Period Starting: 10/13/2025
Period Ending:  10/26/2025
Pay Date:       10/27/2025

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal: Std W/H Table
  State:   0
  Local:   0
Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:
Social Security Number: XXX-XX-XXXX

**Andri L Council**
**37 W Rockland Street**
**Philadelphia, PA 19144**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 40.00 | 1056.00 | 23232.00 |
| Gross Pay | | | $1,056.00 | $23,232.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -48.28 | 1062.16 |
| Social Security | -65.47 | 1440.38 |
| Medicare | -15.31 | 336.86 |
| Pennsylvania State Income | -32.42 | 713.24 |
| Pennsylvania State UI | -0.74 | 16.26 |
| Phila R Local Income | -39.49 | 870.21 |
| Net Pay | | $854.29 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 880.00 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $1,056.00