City of Phila. - Law Dept. Tax Unit
Bankruptcy Group MSB
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102


Educational Credit Management Corp.
PO Box 16408
Saint Paul, MN 55116-0408


Midland Funding
PO Box 2011
Warren, MI 48090


Midland Funding, LLC
c/o Arthur Lashin, Esquire
123 W. Broad Street, Ste. 1660
Philadelphia, PA 19109


PA Dept of Revenue
PO Box 280946
Harrisburg, PA 17128


Peco Energy
Bankruptcy Unit
2301 Market St.
Philadelphia, PA 19101


Philadelphia Gas Works
Bankruptcy Division
800 W. Montgomery Ave.
Philadelphia, PA 19122


U.S. Bank Nat'l Assn./PA Housing Finance
211 N. Front Street, P. O. Box 15057
Harrisburg, PA 17105-5057

```
U.S. Bank Nat'l Assn/PA Housing Finance
C/O KML Law Group, P.C.
701 Market Street, Ste. 5000
Philadelphia, PA 19106


U.S. Dept. of Housing & Urban Dev.
801 Market Street, 12th Floor
Philadelphia, PA 19107


Water Revenue Bureau
c/o City of Philadelphia Law Dept.
1401 JFK Boulevard
Philadelphia, PA 19102-1663


Water Revenue Bureau
P. O. Box 41496
Philadelphia, PA 19101-1496
```