## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO.: 25-14478/pmm

**Andri L. Council, Jr.**

: CHAPTER 13

### CERTIFICATION OF SERVICE

I, Bradly E. Allen, Attorney for Debtor, do hereby certify that on December 5, 2025 I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, below and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

Amended Matrix adding U.S. Dept. of Housing & Urban Development and a copy of Notice of 341 Hearing

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

First class mail:

Andri L. Council, Jr.
37 W. Rockland Street
Philadelphia, PA 19144

U.S. Dept. of Housing & Urban Development
801 Market Street, 12th Floor
Philadelphia, PA 19107

CM/ECF to the following:

Matthew K. Fissel, on behalf of PA Housing Finance Agency
Bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Kenneth E. West
ecfemails@ph13rustee.com

US Trustee
USTPRegion03.PH.ECF@usdoj.gov

Dated: December 5, 2025

/s/ Bradly E. Allen, Esquire
Bradly E. Allen, Attorney ID.#35053
Law Office of Bradly E. Allen
7711 Castor Ave.
Philadelphia, PA 19152
P-215-725-4242
bealaw@verizon.net