United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 25-14478-pmm

Andri L Council, Jr.                                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                          Page 1 of 3

Date Rcvd: May 27, 2026                       Form ID: pdf900                      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andri L Council, Jr., 37 W. Rockland Street, Philadelphia, PA 19144-6020 |
| 15068615 | | Midland Funding, LLC, c/o Arthur Lashin, Esquire, 123 W. Broad Street, Ste. 1660, Philadelphia, PA 19109 |
| 15075264 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, c/o MATTHEW K. FISSEL, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 15068620 | | U.S. Bank Nat'l Assn./PA Housing Finance, 211 N. Front Street, P. O. Box 15057, Harrisburg, PA 17105-5057 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 28 2026 01:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | | Email/Text: megan.harper@phila.gov | May 28 2026 01:01:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595, UNITED STATES |
| 15068623 | | Email/Text: megan.harper@phila.gov | May 28 2026 01:01:00 | Water Revenue Bureau, P. O. Box 41496, Philadelphia, PA 19101-1496 |
| 15137218 | | Email/Text: megan.harper@phila.gov | May 28 2026 01:01:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 15144517 | | Email/Text: megan.harper@phila.gov | May 28 2026 01:01:00 | City of Philadelphia, c/o MEGAN N. HARPER, City of Philadelphia - Law/Revenue Dept., 1401 JFK Blvd., Room 580, Philadelphia, PA 19102 |
| 15068612 | + | Email/Text: megan.harper@phila.gov | May 28 2026 01:01:00 | City of Phila. - Law Dept. Tax Unit, Bankruptcy Group MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 15068613 | | Email/Text: ECMCBKNotices@ecmc.org | May 28 2026 01:01:00 | Educational Credit Management Corp., PO Box 16408, Saint Paul, MN 55116-0408 |
| 15085127 | | Email/Text: ECMCBKNotices@ecmc.org | May 28 2026 01:01:00 | Educational Credit Management Corporation (ECMC), PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15068614 | + | Email/Text: bankruptcydpt@mcmcg.com | May 28 2026 01:01:00 | Midland Funding, PO Box 2011, Warren, MI 48090-2011 |
| 15068616 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 28 2026 01:01:00 | PA Dept of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15068617 | + | Email/Text: bankruptcygroup@peco-energy.com | May 28 2026 01:01:00 | Peco Energy, Bankruptcy Unit, 2301 Market St., Philadelphia, PA 19103-1338 |

| Recip ID | | Notice Info | Date/Time | Name and Address |
|---|---|---|---|---|
| 15068857 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 28 2026 01:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15068618 | + | Email/Text: megan.harper@phila.gov | May 28 2026 01:01:00 | Philadelphia Gas Works, c/o City of Phila. Law Dept., Bankruptcy Group, 1401 JFK Blvd. 5th Floor, Philadelphia, PA 19102-1640 |
| 15068619 | ^ | MEBN | May 28 2026 00:56:24 | Philadelphia Gas Works, Bankruptcy Division, 800 W. Montgomery Ave., Philadelphia, PA 19122-2806 |
| 15068621 | ^ | MEBN | May 28 2026 00:56:22 | U.S. Bank Nat'l Assn/PA Housing Finance, C/O KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 15091047 | + | Email/Text: blegal@phfa.org | May 28 2026 01:01:00 | US Bank National Association, at. el, c/o PHFA, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 15069303 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 28 2026 01:12:42 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 15081265 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 28 2026 01:12:42 | U.S. Dept. of Housing & Urban Dev., 801 Market Street, 12th Floor, Philadelphia, PA 19107 |
| 15138201 | | Email/Text: EDBKNotices@ecmc.org | May 28 2026 01:00:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 15088955 | + | Email/PDF: ebn_ais@aisinfo.com | May 28 2026 01:12:30 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15068622 | | Email/Text: megan.harper@phila.gov | May 28 2026 01:01:00 | Water Revenue Bureau, c/o City of Philadelphia Law Dept., 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15081267 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, Water Revenue Bureau, P. O. Box 41496, Philadelphia, PA 19101-1496 |
| 15081256 | *+ | City of Phila. - Law Dept. Tax Unit, Bankruptcy Group MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 15081257 | * | Educational Credit Management Corp., PO Box 16408, Saint Paul, MN 55116-0408 |
| 15081258 | *+ | Midland Funding, PO Box 2011, Warren, MI 48090-2011 |
| 15081259 | * | Midland Funding, LLC, c/o Arthur Lashin, Esquire, 123 W. Broad Street, Ste. 1660, Philadelphia, PA 19109 |
| 15081260 | *+ | PA Dept of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15075512 | *+ | PENNSYLVANIA HOUSING FINANCE AGENCY, c/o MATTHEW K. FISSEL, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15075513 | *+ | PENNSYLVANIA HOUSING FINANCE AGENCY, c/o MATTHEW K. FISSEL, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15081261 | *+ | Peco Energy, Bankruptcy Unit, 2301 Market St., Philadelphia, PA 19103-1338 |
| 15081262 | *+ | Philadelphia Gas Works, Bankruptcy Division, 800 W. Montgomery Ave., Philadelphia, PA 19122-2806 |
| 15081263 | * | U.S. Bank Nat'l Assn./PA Housing Finance, 211 N. Front Street, P. O. Box 15057, Harrisburg, PA 17105-5057 |
| 15081264 | *+ | U.S. Bank Nat'l Assn/PA Housing Finance, C/O KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 15080852 | *P++ | US DEPARTMENT OF HOUSING & URBAN DEVELOPMENT, ATTN OFFICE OF REGIONAL COUNSEL, 801 MARKET STREET 12TH FLOOR, PHILADELPHIA PA 19107-3126, address filed with court:, U.S. Dept. of Housing & Urban Development, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |
| 15081266 | * | Water Revenue Bureau, c/o City of Philadelphia Law Dept., 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 0 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

District/off: 0313-2          User: admin                              Page 3 of 3
Date Rcvd: May 27, 2026      Form ID: pdf900                      Total Noticed: 25

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| BRADLY E ALLEN | on behalf of Debtor Andri L Council  Jr. bealaw@verizon.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| MEGAN N. HARPER | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
      ANDRI L COUNCIL, JR.

              Debtor

Chapter 13

Bankruptcy No. 25-14478-PMM

ORDER

      **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

      **IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: May 27, 2026**

_____
Honorable Patricia M. Mayer
Bankruptcy Judge